797

[S. F. No. 12825. In Bank.—January 16, 1928.]

PACIFIC ORIENT COMPANY (a Corporation), Petitioner, v. THE SUPERIOR COURT OF THE CITY AND COUNTY OF SAN FRANCISCO, Respondent.

Joseph E. Bien and Werner Olds for Petitioner.

McCutchen, Olney, Mannon & Greene for Respondents.

THE Application for a writ of prohibition directing the respondent Superior Court to desist from further proceedings in an action brought to compel the petitioner here to submit a dispute or controversy to arbitration pursuant to the terms of the contract entered into before the present law on arbitration became effective. (Code Civ. Proc., secs. 1280 et seq., Stats. 1927, page 404.) The petition is denied on the authority of *In the Matter of the Application of Berkovitz* v. *Arbib & Houlberg*, 230 N. Y. 261 [130 N. E. 288]; *Red Cross Line* v. *Atlantic Fruit Co.*, 264 U. S. 109 [68 L. Ed. 582, 44 Sup. Ct. Rep. 174]. (All concur.)

Rehearing denied.

All the Justices concurred.